Steven R. BLAIR, Appellant,

v.

Marc DELMAN;  William
F. Eustice, Appellees.

No. 03–3659.

United States Court of Appeals,
Eighth Circuit.

Submitted Aug. 6, 2004.

Decided Aug. 18, 2004.

Steven R. Blair, Lincoln, NE, pro se.

Jeff T. Courtney, Pfeffer & Courtney,
William F. Eustice, Omaha, NE, for De-
fendants–Appellees.

Before SMITH, FAGG, and HANSEN,
Circuit Judges.

PER CURIAM.

Steven Blair appeals the dismissal of his
42 U.S.C. §§ 1983 and 1985(3) action.
Upon de novo review, we conclude for the
reasons stated by the district court[1] that
the complaint failed to state a claim upon
which relief could be granted, *see* Fed.
R.Civ.P. 12(b)(6).  Accordingly, we affirm.
*See* 8th Cir. R. 47B.

1. The Honorable Richard G. Kopf, Chief
Judge, United States District Court for the District of Nebraska.